FILED:  June 1, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-9
(1:00-cr-00074-MR-1)
(1:16-cv-00212-MR)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD ALLEN JACKSON

Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Asheville |
| Originating Case Number | 1:00-cr-00074-MR-1 1:16-cv-00212-MR |
| Date notice of appeal filed in originating court: | 05/29/2020 |
| Appellant | Richard Allen Jackson |
| Appellate Case Number | 20-9 |
| Case Manager | Emily Borneisen 804-916-2704 |