FILED: June 4, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-9
(1:00-cr-00074-MR-1)
(1:16-cv-00212-MR)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

RICHARD ALLEN JACKSON

       Defendant - Appellant

_____

O R D E R
_____

The court appoints Shawn Nolan, Chief, Capital Habeas Unit, Federal Community

Defender for the Eastern District of Pennsylvania as lead counsel for the appellant pursuant

to the provisions of 18 U.S.C. § 3599(c) and the Criminal Justice Act effective May 29,

2020.

In light of this appointment, appellate counsel is granted access to sealed district court

material, with the exception of ex parte or in camera material to which defense counsel did

not have access in the district court.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk