Filed:  June 4, 2020

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

## PRELIMINARY BRIEFING ORDER
_____

No.  20-9,         US v. Richard Jackson
                   1:00-cr-00074-MR-1, 1:16-cv-00212-MR

Briefing shall proceed on the following schedule:

---

JOINT APPENDIX due: 07/14/2020

BRIEF [Opening] due: 07/14/2020

---

The following rules apply under this schedule:

- Counsel must file the electronic version and four identical paper copies of briefs and appendices.
- Filings must conform to the **Fourth Circuit Brief & Appendix Requirements** (available as a link from this order and at **www.ca4.uscourts.gov**). FRAP 28, 30 & 32.
- Motions for extension of time should be filed only upon a showing of good cause. Local Rule 31(c).
- If the court grants a certificate of appealability, the clerk will issue a final briefing order scheduling the filing of a response brief and any reply brief.

/s/ PATRICIA S. CONNOR, CLERK
By: Emily Borneisen, Deputy Clerk