# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 24, 2020

_____

### DOCKETING FORMS
### FOLLOW-UP NOTICE

_____

No.  20-9,        US v. Richard Jackson

1:00-cr-00074-MR-1, 1:16-cv-00212-MR

TO:    **United States of America**

REQUESTED FORM(S) DUE:  June 29, 2020

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

[X] Appearance of counsel [eFiler status required]

Emily Borneisen, Deputy Clerk
804-916-2704