# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 17, 2020

_____

## RESPONSE REQUESTED
_____

No.  20-9,        US v. Richard Jackson

1:00-cr-00074-MR-1, 1:16-cv-00212-MR

TO:    United States of America

RESPONSE DUE: 07/27/2020

Response is required to the motion for abeyance on or before 07/27/2020.

Emily Borneisen, Deputy Clerk
804-916-2704