# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

RICHARD JACKSON,     )
            )
    Appellant,   )
            )
  vs.         )  No. 20-9
            )
UNITED STATES OF AMERICA, )
            )
    Appellee.   )
_____)

## RESPONSE TO MOTION TO PLACE APPEAL IN ABEYANCE

The United States does not oppose holding this appeal in abeyance until the Supreme Court issues its decision in *Borden v. United States*, No. 19-5410.

RESPECTFULLY SUBMITTED, this 22nd day of July, 2020.

R.  ANDREW MURRAY
UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
New York Att'y Reg. No. 4485140
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

# **CERTIFICATE OF COMPLIANCE**

1.    This response has been prepared using a computer running Microsoft Word 2010, in Century Schoolbook font, and 14-point typeface.

2.    EXCLUSIVE of any materials excluded by Federal Rule of Appellate Procedure 32(f) or under Rule 27(a)(2)(B), the response contains
34 words.

I understand that a material misrepresentation can result in the Court's striking the motion and imposing sanctions.  If the Court so directs, I will provide an electronic version of the brief or a copy of the word or line print-out.

s/ Anthony J. Enright
Assistant United States Attorney
USAO Charlotte, NC

## CERTIFICATE OF SERVICE

I certify that I have this day caused to be served a copy of the above response upon the appellant by serving his attorney of record through electronic case filing.

This 22nd day of July, 2020.

/s/ Anthony J. Enright
Assistant United States Attorney