FILED: July 31, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-9
(1:00-cr-00074-MR-1)
(1:16-cv-00212-MR)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD ALLEN JACKSON

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of appellant's unopposed motion to stay and abey, the court grants the motion and places this case in abeyance pending a decision by the United States Supreme Court in *Borden v. United States*, 769 F. App'x 266 (6th Cir. 2019), *cert. granted*, 140 S. Ct. 1262 (U.S. March 2, 2020) (No. 19-5410).

For the Court

/s/ Patricia S. Connor, Clerk