**No. 20-9**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

_____

**RICHARD ALLEN JACKSON,**
                              **Appellant,**


**v.**


**UNITED STATES OF AMERICA,**
                              **Appellee.**

_____

**APPELLANT'S UNOPPOSED MOTION FOR A
THIRTY DAY EXTENSION OF TIME TO FILE
OPENING BRIEF AND JOINT APPENDIX**

_____

**On Appeal from the United States District Court
for the Western District of North Carolina (No. 1:16-cv-212-MR)**

Shawn Nolan
Andrew Childers
Federal Community Defender Office
 for the Eastern District of Pennsylvania
The Curtis, Suite 545-W
601 Walnut Street
Philadelphia, Pennsylvania 19106
(215) 928-0520
Andrew_Childers@fd.org

July 15, 2021

Appellant Richard Jackson respectfully moves for a thirty day extension of time in which to file his opening brief and the joint appendix in the above-captioned matter. In support of this motion, Mr. Jackson states as follows:

Mr. Jackson is a federally death-sentenced inmate incarcerated at the United States Penitentiary in Terre Haute, Indiana. On June 16, 2016, this Court authorized Mr. Jackson to file a second or successive 28 U.S.C. § 2255 motion in the Western District of North Carolina. The denial of that successive § 2255 motion is the subject of this appeal.

On July 31, 2020, this Court granted Mr. Jackson's unopposed motion to stay the briefing and place this appeal in abeyance pending a decision by the United States Supreme Court in *Borden v. United States*, 769 F. App'x 266 (6th Cir. 2019), *cert. granted*, 140 S. Ct. 1262 (U.S. Mar. 2, 2020). 4th Cir. ECF No. 14. On June 10, 2021, the Supreme Court decided *Borden*. 141 S. Ct. 1817. Pursuant to the Briefing Order issued on June 14, 2021, Mr. Jackson's opening brief and the joint appendix are due to be filed on or before July 26, 2021. *See* 4th Cir. ECF No. 15.

Undersigned counsel respectfully request an extension of time within which to file Appellant's opening brief and the joint appendix. Counsel have made substantial progress on the drafting of Mr. Jackson's opening brief but an extension of time is necessary to complete and file a professionally appropriate submission.

1

Undersigned counsel believe that good cause exists for this request. Counsel have been researching the shifting legal landscape that underlies this appeal. The statutory and constitutional implications of which offenses qualify as "crimes of violence" under the definitions found in 18 U.S.C. § 924(c)(3)(A) (the "force clause") or § 924(c)(3)(B) (the "residual clause") have been intensely litigated for several years. *See United States v. Davis*, 139 S. Ct. 2319 (2019) (relying on *Johnson v. United States*, 576 U.S. 591 (2015)). The recent decision in *Borden* is directly relevant to Mr. Jackson's argument that federal murder is not a crime of violence under the force clause because it can be committed with a mens rea of recklessness. This appeal may be the first post-*Borden* action to address the continuing viability of whether murder pursuant to 18 U.S.C. § 1111(a) qualifies as a crime of violence. As such, the ongoing legal research and thoughtful analysis by undersigned counsel is required in order to properly discharge counsel's professional responsibilities to the Court and to Mr. Jackson.

Aside from the necessary legal research, undersigned counsel have been occupied with pending deadlines in other capital cases. This includes ongoing litigation in three capital cases in state court with upcoming hearings or pleading deadlines, and the drafting and litigation of two certiorari petitions before the Supreme Court in two other capital cases.

Undersigned counsel have informed counsel for Appellee of the intended filing of this motion, and counsel for Appellee has indicated that they do not oppose the request.

WHEREFORE, Mr. Jackson respectfully requests that the Court grant Appellant's Unopposed Motion for Thirty Day Extension of Time to File Opening Brief and Joint Appendix and permit him to file his opening brief and the joint appendix on or before August 25, 2021.

Respectfully submitted,

/s/ Andrew Childers
Shawn Nolan
Andrew Childers
Federal Community Defender Office
  for the Eastern District of Pennsylvania
The Curtis, Suite 545-W
601 Walnut Street
Philadelphia, Pennsylvania 19106
(215) 928-0520
Andrew_Childers@fd.org

July 15, 2021

3

## CERTIFICATE REGARDING LOCAL RULE 27(A)

I, Andrew Childers, hereby certify that counsel for Appellee were informed

of the intended filing of this motion and indicated that they do not oppose the request.


/s/ Andrew Childers
Andrew Childers

**CERTIFICATE REGARDING FED. R. APP. P. 27(D)(2)(A)**

I, Andrew Childers, hereby certify that Appellant's Unopposed Motion for a

Thirty Day Extension of Time to File Opening Brief and Joint Appendix contains

543 words, excluding the portions exempted by Fed. R. App. P. 32(f).

/s/ Andrew Childers
Andrew Childers

## CERTIFICATE OF SERVICE

I, Andrew Childers, hereby certify that on this 15th day of July, 2021, I filed

Appellant's Unopposed Motion for a Thirty Day Extension of Time to File Opening

Brief and Joint Appendix via ECF with service via electronic delivery to counsel for

Appellee:

Anthony J. Enright
U.S. Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, NC 28202
usancw.appeals@usdoj.gov

/s/ Andrew Childers
Andrew Childers