**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 25, 2021

_____

DOCKET CORRECTION NOTICE

_____

No.  20-9,        US v. Richard Jackson
                    1:00-cr-00074-MR-1, 1:16-cv-00212-MR


TO:    Richard Allen Jackson

BRIEF OR JOINT APPENDIX CORRECTION DUE:  August 30, 2021

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction. The time for filing the next brief is unaffected by this notice.

[X] See Checklist: Please make corrections identified on attached checklist.

Emily Borneisen, Deputy Clerk
804-916-2704