**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 27, 2021

_____

DOCKET CORRECTION NOTICE

_____

No.  20-9,        <u>US v. Richard Jackson</u>

1:00-cr-00074-MR-1, 1:16-cv-00212-MR

TO:    Richard Allen Jackson

JOINT APPENDIX CORRECTION DUE:  September 1, 2021

Please make the correction identified below and file a corrected document by the due date indicated. Use the **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction. The time for filing the next brief is unaffected by this notice.

[ ] <u>See Checklist</u>: Please make corrections identified on attached checklist.

| APPENDIX DOES NOT CONTAIN (FRAP 30, Loc. R. 30(b)): |
| --- |
| Detailed Table of Contents within each volume of appendix with:<br>  Page numbers<br>  Name of each witness whose testimony is included and page number on which testimony begins<br>  Number and description of each exhibit and page number on which exhibit begins |
| Name of testifying witness and type of examination at top of each page of appendix containing testimony |
| Portions of record vital to understanding issues on appeal, including:<br>✓ District court/agency docket sheet Please include copy of docket sheet for Case No.1:00-cr-00074-MR-1<br>✓ Complaint or petition (civil)/Indictment (criminal) Criminal Indictment<br>  Sentencing transcript (required in sentencing<br>  appeal) Presentence report (required in sentencing<br>  appeal) Opinion and order/judgment appealed from<br>  Notice of appeal |

Emily Borneisen, Deputy Clerk
804-916-2704