FILED: September 22, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-9
(1:00-cr-00074-MR-1)
(1:16-cv-00212-MR)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD ALLEN JACKSON

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the appellant's preliminary brief filed pursuant to this

court's Local Rule 22(a), the court grants appellant a certificate of appealability.

A copy of this order shall be sent to the clerk of the district court.

For the Court

/s/ Patricia S. Connor, Clerk