# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

RICHARD ALLEN JACKSON )
)
Appellant, )
)
vs. ) No. 20-9
)
UNITED STATES OF AMERICA, )
)
Appellee. )
——————————————— )

## MOTION TO EXTEND TIME FOR FILING BRIEF

The United States respectfully moves this Court under Federal

Rule of Appellate Procedure 26(b) for an extension of time until

November 19, 2021, to file its response in this appeal by Richard Allen

Jackson.  Jackson filed an opening brief contending that the district

court erroneously denied his motion under 28 U.S.C. § 2255, which

challenged the conviction and death sentence Jackson received in 2001

under 18 U.S.C. §§ 924(c) and (j).  This Court granted a certificate of

appealability on September 22, 2021.  And the United States' response

is currently due October 22.

The workload of undersigned counsel with primary responsibility

for preparing the United States' response has lately been unusually

great. In recent weeks, counsel has filed briefs, dispositive motions, or court-requested responses in *United States v. Hargrove*, No. 21-4090; *United States v. Gomez*, No. 21-4029; *United States v. Henderson*, No. 21-4235; *United States v. Harris*, No. 21-4063; and *United States v. Garris,* No. 21-4082, and counsel appeared before this Court for oral argument in *United States v. Lewis*, No. 17-4737. Counsel also participated last week as faculty in a legal-writing course that had been scheduled before this Court issued its certificate of appealability in this appeal. In coming weeks, counsel faces deadlines in *United States v. Fuller*, No. 20-4220; *United States v. James*, No. 20-7895, and *United States v. Odum*, No. 21-4076, and counsel is tentatively scheduled to appear before this Court for oral argument in *United States v. Daniels*, No. 19-4812; *United States v. Oliver*, No. 20-4500; *United States v. Rios*, No. 21-4059; and *United States v. Rice*, No. 19-4489. Counsel also represents the United States in numerous other matters before this Court and in the Western District of North Carolina.

In the light of the extent of this appeal and other deadlines, the United States' response in this appeal would benefit greatly from four

weeks' additional time.  Counsel for Jackson has informed the United States that he has no objection to the requested extension.  The United States, therefore, respectfully requests an extension of time until November 19, 2021, to file its brief.

RESPECTFULLY SUBMITTED, this 20th day of October, 2021.

WILLIAM T. STETZER
ACTING UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
New York Att'y Reg. No. 4485140
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

# <u>CERTIFICATE OF COMPLIANCE</u>

1.   This motion has been prepared using a computer running Microsoft Word 2010, in Century Schoolbook font, and 14-point typeface.

2.   EXCLUSIVE of any materials excluded by Federal Rule of Appellate Procedure 32(f) or under Rule 27(a)(2)(B), the motion contains 354 words.

   I understand that a material misrepresentation can result in the Court's striking the motion and imposing sanctions.  If the Court so directs, I will provide an electronic version of the brief or a copy of the word or line print-out.

s/ Anthony J. Enright
Assistant United States Attorney
USAO Charlotte, NC

## CERTIFICATE OF SERVICE

I certify that I have this day caused to be served a copy of the above Motion for Extension of Time upon the appellant by serving his attorney of record through electronic case filing.

This 20th day of October, 2021.

/s/ Anthony J. Enright
Assistant United States Attorney