FILED: September 3, 2021

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 20-9
(1:00-cr-00074-MR-1)
(1:16-cv-00212-MR)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

RICHARD ALLEN JACKSON

      Defendant - Appellant

_____

O R D E R

_____

The court grants the motion for extension and extends the time for filing response brief to November 19, 2021.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk