**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

RICHARD ALLEN JACKSON )
)
Appellant, )
)
)  No. 20-9
vs. )
)
UNITED STATES OF AMERICA, )
)
Appellee. )
)
_____

**MOTION TO EXTEND TIME FOR FILING BRIEF**

The United States respectfully moves this Court under Federal Rule of Appellate Procedure 26(b) for an extension of time until December 10, 2021, to file its response in this appeal by Richard Allen Jackson.  Jackson filed an opening brief contending that the district court erroneously denied his motion under 28 U.S.C. § 2255, which challenged the conviction and death sentence Jackson received in 2001 under 18 U.S.C. §§ 924(c) and (j).  This Court granted a certificate of appealability on September 22, 2021, and it has granted the United States one extension of time to file its response.  The United States' response is currently due November 19.

The workload of undersigned counsel with primary responsibility for preparing the United States' response, described in the United States' first request for an extension of time, has remained substantial. In recent weeks, counsel has filed briefs, dispositive motions, or court-requested responses in *United States v. Fuller*, No. 20-4220; *United States v. James*, No. 20-7895, and *United States v. Odum*, No. 21-4076, an appeal following a multi-day jury trial.  In coming weeks, counsel faces deadlines in *United States v. Shivers*, No. 21-4091, *United States v. Morris*, No. 18-6926, and *United States v. Saunders*, No. 3:94CR17 (W.D.N.C.), and is scheduled to appear before this Court for oral argument in *United States v. Daniels*, No. 19-4812; and *United States v. Oliver*, No. 20-4500.   Counsel also represents the United States in numerous other matters before this Court and in the Western District of North Carolina.

In the light of the nature of this appeal and other deadlines, the United States' response in this appeal would benefit greatly from three weeks' additional time.  Counsel for Jackson has informed the United States that he has no objection to the requested extension.  The United

States, therefore, respectfully requests an extension of time until

December 10, 2021, to file its brief.

RESPECTFULLY SUBMITTED, this 16th day of November,

2021.

WILLIAM T. STETZER
ACTING UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
New York Att'y Reg. No. 4485140
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

## **CERTIFICATE OF COMPLIANCE**

1.　　This motion has been prepared using a computer running Microsoft Word 2010, in Century Schoolbook font, and 14-point typeface.

2.　　EXCLUSIVE of any materials excluded by Federal Rule of Appellate Procedure 32(f) or under Rule 27(a)(2)(B), the motion contains 324 words.

I understand that a material misrepresentation can result in the Court's striking the motion and imposing sanctions.  If the Court so directs, I will provide an electronic version of the brief or a copy of the word or line print-out.

> s/ Anthony J. Enright
> Assistant United States Attorney
> USAO Charlotte, NC

**CERTIFICATE OF SERVICE**

I certify that I have this day caused to be served a copy of the above Motion for Extension of Time upon the appellant by serving his attorney of record through electronic case filing.

This 16th day of November, 2021.


<u>/s/ Anthony J. Enright</u>
Assistant United States Attorney