FILED: November 16, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-9
(1:00-cr-00074-MR-1)
(1:16-cv-00212-MR)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD ALLEN JACKSON

Defendant - Appellant

_____

O R D E R

_____

The court grants the motion for extension and extends the time for filing

response brief to December 10, 2021.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk