**No. 20-9**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

---

**RICHARD ALLEN JACKSON,**
**Appellant,**

**v.**

**UNITED STATES OF AMERICA,**
**Appellee.**

---

**APPELLANT'S UNOPPOSED MOTION FOR A
TWENTY-ONE DAY EXTENSION OF TIME TO FILE
REPLY BRIEF**

---

**On Appeal from the United States District Court
for the Western District of North Carolina (No. 1:16-cv-212-MR)**

Shawn Nolan
Andrew Childers
Federal Community Defender Office
 for the Eastern District of Pennsylvania
The Curtis, Suite 545-W
601 Walnut Street
Philadelphia, Pennsylvania 19106
(215) 928-0520
andrew_childers@fd.org

December 17, 2021

Appellant Richard Jackson respectfully moves for a twenty-one day extension of time in which to file his reply brief in the above-captioned matter. In support of this motion, Mr. Jackson states as follows:

Mr. Jackson is a federally death-sentenced inmate incarcerated at the United States Penitentiary in Terre Haute, Indiana. On June 16, 2016, this Court authorized Mr. Jackson to file a second or successive 28 U.S.C. § 2255 motion in the Western District of North Carolina. The denial of that successive § 2255 motion is the subject of this appeal.

On July 31, 2020, this Court granted Mr. Jackson's unopposed motion to stay the briefing and place this appeal in abeyance pending a decision by the United States Supreme Court in *Borden v. United States*, 769 F. App'x 266 (6th Cir. 2019), *cert. granted*, 140 S. Ct. 1262 (U.S. Mar. 2, 2020). 4th Cir. ECF No. 14. On June 10, 2021, the Supreme Court decided *Borden*. 141 S. Ct. 1817.

Mr. Jackson's corrected opening brief and corrected appendix were filed on August 27, 2021. *See* 4th Cir. ECF Nos. 24 & 25. The Government's response was filed on December 2, 2021. ECF No. 39. Mr. Jackson's reply brief is currently due on December 23, 2021. *See* ECF No. 33; Fed. R. App. P. 31(a)(1).

Undersigned counsel respectfully requests a twenty-one day extension of time to file a reply brief. Counsel has made substantial progress on the drafting of Mr. Jackson's reply brief but an extension of time is necessary to complete and file

a professionally appropriate submission. Undersigned counsel believes that good cause exists for this request. The Government's response raises procedural and substantive arguments that merit a considered reply by undersigned counsel. These include, *inter alia*, that Mr. Jackson has procedurally defaulted his claim for relief under Supreme Court and this Court's precedent, that the Supreme Court's recent decision in *Borden v. United States*, 141 S. Ct. 1817 (2021), does not support Mr. Jackson's claim for relief, and that any error would be harmless and Mr. Jackson has requested an inappropriate remedy from this Court. *See* ECF No. 39.

Mr. Jackson requests additional time to respond to these arguments comprehensively, and to continue to research the shifting legal landscape that underlies this appeal. The statutory and constitutional implications of which offenses qualify as "crimes of violence" under the definitions found in 18 U.S.C. § 924(c)(3)(A) (the "force clause") or § 924(c)(3)(B) (the "residual clause") have been intensely litigated for several years. *See, e.g., Borden*, 141 S. Ct. 1817; *United States v. Davis*, 139 S. Ct. 2319 (2019) (relying on *Johnson v. United States*, 576 U.S. 591 (2015)); *see also United States v. Taylor*, 979 F.3d 203 (4th Cir. 2020), *cert. granted*, 141 S. Ct. 2882 (U.S. July 2, 2021) (No. 20-1459) (argued Dec. 7, 2021). The ongoing legal research and thoughtful analysis by undersigned counsel is required in order to properly discharge counsel's professional responsibilities to the Court and to Mr. Jackson.

Additionally, undersigned counsel has been occupied with pending deadlines in other cases. This includes evidentiary hearings and post-hearing briefs in two separate Pennsylvania state capital cases, and briefing in three additional first-degree murder cases, one of which is also capital.

Undersigned counsel has informed counsel for Appellee of the intended filing of this motion, and counsel for Appellee has indicated that they do not oppose the request.

WHEREFORE, Mr. Jackson respectfully requests that the Court grant Appellant's Unopposed Motion for Twenty-One Day Extension of Time to File Reply Brief.

Respectfully submitted,

/s/ Andrew Childers
Shawn Nolan
Andrew Childers
Federal Community Defender Office
  for the Eastern District of Pennsylvania
The Curtis, Suite 545-W
601 Walnut Street
Philadelphia, Pennsylvania 19106
(215) 928-0520
December 17, 2021                    Andrew_Childers@fd.org

**CERTIFICATE REGARDING LOCAL RULE 27(A)**

I, Andrew Childers, hereby certify that counsel for Appellee were informed of the intended filing of this motion and indicated that they do not oppose the request.

/s/ Andrew Childers
Andrew Childers

## CERTIFICATE REGARDING FED. R. APP. P. 27(D)(2)(A)

I, Andrew Childers, hereby certify that Appellant's Unopposed Motion for a

Twenty-One Day Extension of Time to File Reply Brief contains 583 words,

excluding the portions exempted by Fed. R. App. P. 32(f).

/s/ Andrew Childers
Andrew Childers

## CERTIFICATE OF SERVICE

I, Andrew Childers, hereby certify that on this 17th day of December, 2021,

I filed Appellant's Unopposed Motion for a Twenty-One Day Extension of Time to

File Reply Brief via ECF with service via electronic delivery to counsel for

Respondent:

Anthony J. Enright
U.S. Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, NC 28202
usancw.appeals@usdoj.gov

/s/ Andrew Childers
Andrew Childers