FILED:  December 17, 2021

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 20-9
(1:00-cr-00074-MR-1)
(1:16-cv-00212-MR)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD ALLEN JACKSON

Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 01/13/2022.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk