**No. 20-9**

_____

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

**RICHARD ALLEN JACKSON,**

**Appellant,**

**v.**

**UNITED STATES OF AMERICA,**

**Appellee.**

_____

**APPELLANT'S UNOPPOSED MOTION FOR A
SEVEN DAY EXTENSION OF TIME TO FILE
REPLY BRIEF**

_____

**On Appeal from the United States District Court
for the Western District of North Carolina (No. 1:16-cv-212-MR)**

Shawn Nolan
Andrew Childers
Federal Community Defender Office
 for the Eastern District of Pennsylvania
The Curtis, Suite 545-W
601 Walnut Street
Philadelphia, Pennsylvania 19106
(215) 928-0520
andrew_childers@fd.org

January 11, 2022

Appellant Richard Jackson respectfully moves for a seven-day extension of time in which to file his reply brief in the above-captioned matter. In support of this motion, Mr. Jackson states as follows:

Mr. Jackson is a federally death-sentenced inmate incarcerated at the United States Penitentiary in Terre Haute, Indiana. On June 16, 2016, this Court authorized Mr. Jackson to file a second or successive 28 U.S.C. § 2255 motion in the Western District of North Carolina. The denial of that successive § 2255 motion is the subject of this appeal.

Mr. Jackson's corrected opening brief and corrected appendix were filed on August 27, 2021. *See* 4th Cir. ECF Nos. 24 & 25. The Government's response was filed on December 2, 2021. ECF No. 39. After receiving a twenty-one day extension of time, Mr. Jackson's reply brief is currently due on January 13, 2022. *See* ECF No. 42. On January 6, 2022, the Court tentatively calendared this case for argument during the March 8-11, 2022 argument session. ECF No. 43.

Undersigned counsel respectfully requests a final seven-day extension of time to file a reply brief. Counsel has made substantial progress on the drafting of Mr. Jackson's reply brief but an extension of time is necessary to complete and file a professionally appropriate submission. Undersigned counsel believes that good cause exists for this request. The Government's response raises procedural and substantive arguments that merit a considered reply by undersigned counsel. These

include, *inter alia*, that Mr. Jackson has procedurally defaulted his claim for relief under Supreme Court and this Court's precedent, that the Supreme Court's recent decision in *Borden v. United States*, 141 S. Ct. 1817 (2021), does not support Mr. Jackson's claim for relief, and that any error would be harmless and Mr. Jackson has requested an inappropriate remedy from this Court. *See* ECF No. 39.

Additionally, undersigned counsel has been occupied with pending deadlines in other cases. This includes evidentiary hearings and post-hearing briefs in two separate Pennsylvania state capital cases, and briefing in three additional first-degree murder cases, one of which is also capital.

Undersigned counsel has informed counsel for Appellee of the intended filing of this motion, and counsel for Appellee has indicated that they do not oppose the request.

WHEREFORE, Mr. Jackson respectfully requests that the Court grant Appellant's Unopposed Motion for a Seven Day Extension of Time to File Reply Brief.

Respectfully submitted,

/s/ Andrew Childers
Shawn Nolan
Andrew Childers
Federal Community Defender Office
  for the Eastern District of Pennsylvania
The Curtis, Suite 545-W
601 Walnut Street
Philadelphia, Pennsylvania 19106
(215) 928-0520
January 11, 2022       andrew_childers@fd.org

## CERTIFICATE REGARDING LOCAL RULE 27(A)

I, Andrew Childers, hereby certify that counsel for Appellee were informed of the intended filing of this motion and indicated that they do not oppose the request.

/s/ Andrew Childers
Andrew Childers

## CERTIFICATE REGARDING FED. R. APP. P. 27(D)(2)(A)

I, Andrew Childers, hereby certify that Appellant's Unopposed Motion for a Seven Day Extension of Time to File Reply Brief contains 395 words, excluding the portions exempted by Fed. R. App. P. 32(f).

/s/ Andrew Childers
Andrew Childers

## CERTIFICATE OF SERVICE

I, Andrew Childers, hereby certify that on this 11th day of January, 2022, I filed Appellant's Unopposed Motion for a Seven Day Extension of Time to File Reply Brief via ECF with service via electronic delivery to counsel for Respondent:

Anthony J. Enright
U.S. Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, NC 28202
usancw.appeals@usdoj.gov

/s/ Andrew Childers
Andrew Childers