**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 20, 2022

_____

DOCKET CORRECTION NOTICE

_____

No.  20-9,          US v. Richard Jackson
                    1:00-cr-00074-MR-1, 1:16-cv-00212-MR

TO:    Richard Allen Jackson

FILING CORRECTION DUE:  January 24, 2022

Please make the correction identified below and file a corrected document by the date indicated.

[x] Incorrect event used. Please refile document using **"BRIEF"** entry and selecting **"REPLY"** from type of brief drop-down menu.

Anisha Walker, Deputy Clerk
804-916-2704