**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219
www.ca4.uscourts.gov

February 4, 2022

_____

ORAL ARGUMENT NOTIFICATION

_____

No.  20-9,          US v. Richard Jackson
                    1:00-cr-00074-MR-1, 1:16-cv-00212-MR

The court's upcoming oral argument session will be held in person at the Powell Courthouse in Richmond, Virginia. The court has adopted the Powell Courthouse Entry and Oral Argument Protocol for the health and safety of all involved. The protocol limits attendance at argument to two persons per side, provides that other access to oral argument shall be through a live audio stream, prohibits entry of persons with symptoms of COVID or subject to isolation or quarantine, staggers attorney check-in times, requires masking and social distancing, and requires presentation of proof of vaccination or a negative COVID test at check-in.

Participation by Videoconference:   Attorneys seeking permission to appear remotely must file a motion for oral argument by videoconference, setting forth good cause related to COVID-19 and stating whether opposing counsel would appear in-person or by videoconference if the motion is granted. The motion must be filed as soon as possible after tentative calendaring of the case but no later than 14 days in advance of oral argument, unless events occur thereafter that require a later motion. If the motion is granted, counsel appearing by videoconference must participate in a Zoom test session with court staff in advance of the argument date.

Argument Date:   03/10/2022

Session Starting Time:   9:30 am

Check-in Time for In-Person Participants:   Enter at 1000 East Main Street and check in at the Library (Room 101). Check-in times are staggered in half hour increments beginning 30 minutes before the session starts. See attached Check-in Instructions for additional information.

Check-in Time for Video Participants:   All video participants must join the Zoom session 30 minutes before the session starts.

Each arguing attorney must complete and file the Oral Argument Acknowledgment form (ECF event: **Oral argument acknowledgment**) within 7 days of this notice. Attorneys appearing in person must also complete and file the Certification of Compliance with Argument Protocol form (ECF Event **Certification of compliance with argument protocol**) within 7 days of this notice. The Certification of Compliance with Argument Protocol form must also be filed for any second person who is attending but not presenting argument.

A live audio-stream of the oral argument is provided from the Listen link on the oral argument calendar at: https://www.ca4.uscourts.gov/oral-argument.

The identity of the panel hearing a case is not disclosed until the morning of argument.

Joseph L. Coleman, Jr., Calendar Clerk
804-916-2714

**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
CHECK-IN INSTRUCTIONS**

- Staggered Check-in:   Please confirm your case order on the oral argument calendar available at https://www.ca4.uscourts.gov/oral-argument. Attorneys in the first case check in 30 minutes before the session starts. Attorneys in the second case check in at the session start time. Attorneys in the third case check in 30 minutes after the session starts. Attorneys in the fourth case check in 60 minutes after the session starts. Enter at 1000 East Main Street and check in at the Library (Room 101).
- Authorized Attendees:   No more than two people per side (including arguing counsel) may attend argument (unless an exception was requested 14 days prior to argument and granted). Each person attending must have filed a Certification of Compliance with Argument Protocol form. This form is used to create the list of people authorized admission to the building for argument. Others may access argument through the live audio feed available from the Listen links on the oral argument calendar.
- Entrance Screening:   All persons entering the building must conduct a temperature self-screening at the building entrance. By entering the building, they certify they do not have symptoms of COVID-19 and are not subject to isolation or quarantine under CDC Guidelines.
- Proof of Vaccination or Negative COVID-19 Test:   Any person arguing or attending must present proof they are fully vaccinated (two weeks after the second dose of the Pfizer or Moderna vaccine or one dose of the Johnson & Johnson vaccine). If not fully vaccinated, any person arguing or attending must present negative results from a COVID-19 test taken within 72 hours before entry (test may not be self-administered). Proof of vaccination or testing is presented to the check-in deputy in the Library.
- Masking and Social Distancing:   All persons, regardless of vaccination status, must wear a mask covering their nose and mouth and practice social distancing by maintaining six feet of distance whenever possible in all public and shared common areas. Masks must be worn in the courtrooms except that attorneys may, at their option, remove their masks while presenting argument at the lectern, and the panel may remove their masks while listening to argument and questioning counsel.
- Notification of Potential Exposure:   Any attorney or attendee who tests positive for COVID-19 within 5 days after argument must promptly notify the clerk at (804) 916-2764.