

# U.S. Department of Justice

*United States Attorney*
*Western District of North Carolina*

**Headquarters:**

Suite 1700, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
(704) 344-6222
FAX (704) 344-6629

**Branch:**

Room 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801
 (828) 271-4661
FAX (828) 271-4670

*Reply to: Charlotte Office*                                           March 11, 2022

Patricia S. Connor
Clerk, United States Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, VA 23219-3517

**Re:    United States v. Jackson, No. 20-9; Jury Instructions.**

Dear Ms. Connor:

During oral argument in *United States v. Jackson*, No. 20-9, on March 10, the Court requested a copy of the portion of the record reflecting the instructions given to the jury during the guilt phase of Richard Allen Jackson's criminal trial.  An excerpt of the trial transcript containing those instructions is attached.

Sincerely,

Dena J. King
United States Attorney

s/Anthony J. Enright
Assistant United States Attorney

cc: all counsel of record (by ECF)