No. 20-9

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

**RICHARD ALLEN JACKSON,**

**Appellant,**

**v.**

**UNITED STATES OF AMERICA,**

**Appellee.**

_____

**APPELLANT'S MOTION FOR LEAVE TO FILE AN ADDITIONAL MEMORANDUM PURSUANT TO LOCAL RULE 28(e)**

_____

**On Appeal from the United States District Court
for the Western District of North Carolina (No. 1:16-cv-212-MR)**

Shawn Nolan
Andrew Childers
Federal Community Defender Office for
 the Eastern District of Pennsylvania
The Curtis, Suite 545 West
601 Walnut Street
Philadelphia, Pennsylvania 19106
(215) 928-0520
andrew_childers@fd.org

March 17, 2022

Appellant Richard Jackson respectfully moves this Court for leave to file the attached memorandum of additional argument pursuant to Local Rule 28(e).

At oral argument on March 10, 2022, the Court requested that the Government submit the jury instructions from trial within ten days. The Government submitted the relevant portions of these instructions on March 11, 2022. [ECF No. 60-2]. In light of this Court's request, Mr. Jackson seeks leave to more particularly address the appropriate use and application of the instructions to the key issue in this case – whether federal first-degree murder under 18 U.S.C. § 1111(a) is a single indivisible crime or not. As the Court also noted at oral argument, the Government did not argue that first-degree murder is divisible in the district court below, only raising this issue for the first time in its Response Brief before this Court, and so Mr. Jackson's arguments regarding this key issue have been limited to his Reply Brief and March 7, 2022, Rule 28(j) letter.

Local Rule 28(e) states that "The Court may grant leave for or direct the filing of additional memoranda, which may include additional argument before, during or after oral argument." Pursuant to this rule, Mr. Jackson respectfully requests leave of the Court to accept the attached 10-page additional memorandum of 2,341 words, wherein Mr. Jackson presents arguments regarding the relevance of the recently submitted jury instructions, as well as other record documents, to

this Court's determination of whether federal first-degree murder under 18 U.S.C.

§ 1111(a) is an indivisible or divisible crime.

WHEREFORE, Mr. Jackson respectfully requests that the Court grant

Appellant's Motion for Leave to File an Additional Memorandum Pursuant to

Local Rule 28(e), and enter the attached memorandum into the record.

Respectfully submitted,

/s/ Andrew Childers
Shawn Nolan
Andrew Childers
Federal Community Defender Office
  for the Eastern District of Pennsylvania
The Curtis, Suite 545 West
601 Walnut Street
Philadelphia, Pennsylvania 19106
(215) 928-0520
March 17, 2022                andrew_childers@fd.org

## CERTIFICATE REGARDING LOCAL RULE 27(A)

I, Andrew Childers, hereby certify that counsel for Appellee were informed

of the intended filing of this motion and indicated that they oppose the request.


/s/ Andrew Childers
Andrew Childers

## CERTIFICATE REGARDING FED. R. APP. P. 27(D)(2)(A)

I, Andrew Childers, hereby certify that Appellant's Motion for Leave to File an Additional Memorandum Pursuant to Local Rule 28(e) and accompanying memorandum contain 2,629 words, excluding the portions exempted by Fed. R. App. P. 32(f).

/s/ Andrew Childers
Andrew Childers

# CERTIFICATE OF SERVICE

I, Andrew Childers, hereby certify that on this 17th day of March, 2022, I filed Appellant's Motion for Leave to File an Additional Memorandum Pursuant to Local Rule 28(e) via ECF with service via electronic delivery to counsel for Respondent:

Anthony J. Enright
U.S. Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, NC 28202
usancw.appeals@usdoj.gov

/s/ Andrew Childers
Andrew Childers