**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 17, 2022

_____

RESPONSE REQUESTED

_____

No.  20-9,          US v. Richard Jackson
                    1:00-cr-00074-MR-1, 1:16-cv-00212-MR

TO:     United States of America

RESPONSE DUE: 03/28/2022

Response is required to the motion for leave to file an additional memorandum on or before 03/28/2022.

Ashley Brownlee, Deputy Clerk
804-916-2704