# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### *Capital Habeas Unit*

FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 545 WEST -- THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PA 19106

| *LEIGH M. SKIPPER* | PHONE NUMBER (215) 928-0520 | *HELEN A. MARINO* |
|---|---|---|
| CHIEF FEDERAL DEFENDER | FAX NUMBER    (215) 928-0826 | FIRST ASSISTANT FEDERAL |
| | FAX NUMBER    (215) 928-3508 | DEFENDER |

April 1, 2022

Patricia S. Connor, Clerk
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

**Re:**   *United States v. Jackson*, No. 20-9

Pursuant to Fed. R. App. P. 28(j), Appellant Richard Jackson advises the circuit clerk of authority to support his argument that federal first-degree murder is not a crime of violence under 18 U.S.C. § 924(c)(3)(A) (the "force clause"). *See* Brief at 11-18; Reply Brief at 13-17.

On March 30, 2022, the Government submitted a Supplemental Brief addressing *Borden v. United States*, 141 S. Ct. 1817 (2021), in *United States v. King & Ross*, Nos. 18-2800 & 18-2877 (8th Cir.). In that brief, the Government concedes that under the categorical approach, kidnapping resulting in death does not fit within the force clause and is not a crime of violence. Supp. Br. at 11-18. In its discussion, the Government further acknowledges that first-degree felony murder is likewise not a crime of violence:

The Government's position here . . . . acknowledges the consequence that some forms of federal first-degree murder, namely first-degree felony murders predicated on felonies that do not require the use of force against a person, are not crimes of violence. That position is not

taken lightly, but after *Borden*, it is what the categorical approach requires.

*Id.* at 18. The Government's concessions in *King & Ross* support Mr. Jackson's argument that federal first-degree murder is not a crime of violence because felony murder is included in the definition of that offense.

Respectfully Submitted,

/s/Andrew Childers
Shawn Nolan
Andrew Childers
Federal Community Defender
  for the Eastern District
  of Pennsylvania
601 Walnut Street, Suite 545W
Philadelphia, PA 19106
(215) 928-0520
andrew_childers@fd.org

cc: All Counsel of Record