# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 3, 2022

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

Re:  Richard Allen Jackson
v. United States
No. 22-5982
(Your No. 20-9)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 31, 2022 and placed on the docket November 3, 2022 as No. 22-5982.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst